IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | No. C 09-04711 JSW |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| JOSE MARTINEZ, et al., | |
| Defendants. | |

Now before the Court for consideration is the Report and Recommendation (the "Report') issued by Magistrate Judge Chen, in which he recommends that the undersigned grant in part and deny in part Plaintiff's Motion for Default Judgment. Neither party has filed objections to the Report. The Court finds the Report correct, thorough, and well reasoned and adopts it in every respect. Accordingly, for the reasons set forth in the Report, Plaintiff's Motion for Default Judgment is GRANTED IN PART AND DENIED IN PART, and Plaintiff shall be awarded $800.00 in damages. A separate judgment shall be entered, and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: March 18, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE