**United States District Court**
For the Northern District of California

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9  J&J SPORTS PRODUCTIONS, INC.,
                                              No.  C 09-04711 JSW
10           Plaintiff,
                                              **ORDER OF REFERRAL**
11     v.

12  JOSE MARTINEZ, et al.,

13           Defendants.
                                        /
14

15       Pursuant to Local Rule 72-1, Plaintiff's ex parte application for entry of order

16  authorizing process server to levy execution in the above captioned matter is HEREBY

17  REFERRED to a Magistrate Judge Chen, who prepared the report and recommendation on

18  Plaintiff's Motion for Default Judgment, to prepare a report and recommendation on the ex

19  parte application.

20       **IT IS SO ORDERED.**

21

22  Dated: June 17, 2010

23                                           JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE
24

25  cc:     Susan Imbriani

26

27

28